NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**3D SYSTEMS, INC.,**
*Plaintiff-Appellee,*

v.

**ENVISIONTEC, INC., ENVISIONTEC GMBH, AND SIBCO, INC.,**
*Defendants-Appellants.*

---

2012-1099

---

Appeal from the United States District Court for the Eastern District of Michigan in case no. 05-CV-74891, Senior Judge Avern Cohn.

---

## ON MOTION

---

## ORDER

Upon consideration of Envisiontec, Inc., Envisiontec GmbH, and Sibco, Inc.'s ("Envisiontec") motion for (1) an extension of time for Envisiontec to file its response to 3D Systems, Inc.'s motion to dismiss and (2) an extension of time for 3D System to file its reply,

IT IS ORDERED THAT:

The motion is granted. Envisiontec's response will be due no later than January 10, 2012, and 3D System's reply will be due no later than January 27, 2012.

FOR THE COURT

DEC 27 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Sidney David, Esq.
Adrian M. Pruetz, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 27 2011

JAN HORBALY
CLERK